IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

DANIEL C. MCPHADDEN,

      Plaintiff,

v.                                                                              CASE NO. 1:07-cv-00015-MP-WCS

MICHAEL J. ASTRUE,
Commissioner of Social Security,

      Defendant.

_____/

## O R D E R

      This matter is before the Court on Doc. 23, Motion for Attorney's Fees Pursuant to the

Equal Access to Justice Act, 28 U.S.C. § 2412, filed by Plaintiff Daniel McPhadden. Plaintiff

states that Defendant does not object to the award of attorney fees.  Accordingly, the motion is

granted, and fees in the amount of $3,236.985 are hereby awarded to the Plaintiff.


      **DONE AND ORDERED** this   *14th* day of March, 2008


         *s/Maurice M. Paul*
      Maurice M. Paul, Senior District Judge